C. POWERS SMITH, Respondent, v. ARONETTE D. INGLEHART and Others,

Respondents, and NORTHERN NEW YORK TRUST COMPANY, Appellant.— Appeal dismissed, without costs, upon stipulation filed.